UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JASON VOSS and DRAKE OSBORN and LISA OSBORN<br><br>    Plaintiff,<br><br>  v.<br><br>MONACO ENTERPRISES, INC., a Washington corporation; JOHN DOES 1-99,<br><br>    Defendants. | NO. CV-12-46-LRS<br><br>**ORDER GRANTING MOTION TO CONSOLIDATE** |
| UNITED STATES OF AMERICA, ex rel. MAXIMILLIAN SALAZAR III,<br><br>    Plaintiff,<br><br>  v.<br><br>MONACO ENTERPRISES, INC., a Washington corporation; JOHN DOES 1-99,<br><br>    Defendants. | NO. CV-12-453-LRS<br><br>**ORDER GRANTING MOTION TO CONSOLIDATE** |

**BEFORE THE COURT** is the United States' Motion To Consolidate (ECF No. 29).

**ORDER GRANTING MOTION TO CONSOLIDATE -    1**

1   The captioned actions involve common questions of law and/or fact which
2   in the interest of justice and efficiency should be litigated together.  Accordingly,
3   the motion is **GRANTED** and pursuant to Fed. R. Civ. P. 42(a), the actions are
4   consolidated for all pre-trial and trial proceedings.  The United States may file one
5   Complaint in partial intervention using the captions as set forth above.
6   Hereinafter, all pleadings filed in this consolidated matter shall bear the captions
7   as set forth above.  Upon the filing of an Answer to the Complaint, a scheduling
8   conference date will be established.
9       **IT IS SO ORDERED**.  The District Executive shall forward a copy of this
10  order to counsel of record.
11      **DATED** this ___20th___ day of July, 2015.

13                      *s/Lonny R. Suko*
14              _____
                        LONNY R. SUKO
                Senior United States District Judge

**ORDER GRANTING**
**MOTION TO CONSOLIDATE -   2**