UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERCIA, ex rel., JASON VOSS, DRAKE OSBORN, and LISA OSBORN,<br><br>Plaintiff,<br><br>vs.<br><br>MONACO ENTERPRISES, INC, et al,<br><br>Defendants. | No. 2:12-CV-0046-LRS<br>No. 2:12-CV-0453-LRS<br><br>ORDER RE: CONSOLIDATION AND FUTURE FILINGS; CLOSING FILE |
| UNITED STATES OF AMERICA, ex rel., MAXIMILLIAN SALAZAR, III,<br><br>Plaintiff,<br><br>vs.<br><br>MONACO ENTERPRISES, INC,<br><br>Defendant. | |

On July 20, 2015, the cases *United States of America ex rel. Jason Voss, Drake Osborn, and Lisa Osborn v. Monaco Enterprises, Inc., et al*, 2:12-CV-0046-LRS and *United States of America ex rel. Maximillian Salazar, III v. Monaco Enterprises, Inc.,* were CONSOLIDATED. *See* ECF No. 47, 2:12-CV-0046-LRS; ECF No. 40, 2:12-CV-453-LRS.

ORDER - 1

The Court herein modifies its prior Order consolidating these actions regarding the case caption and future filings. For efficiency purposes, no further filings shall be made in 2:12-CV-453-LRS, which file shall be administratively closed. All pleadings therein maintain their legal relevance. All further filings shall be filed only in 1:12-CV-0046-LRS, unless directed otherwise by the Court, and shall bear only this case number.

The Clerk of the Court is directed to consolidate these cases to ensure proper notice of future filings and CLOSE 2:12-CV-453-LRS. Any further filings received by the Clerk of Court for case number 2:12-CV-453-LRS shall be filed in case number 2:12-CV-0046-LRS, unless directed otherwise by the Court.

**IT IS SO ORDERED**.

DATED this 1st day of March, 2016.

*s/Lonny R. Suko*
_____
LONNY R. SUKO
SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 2